PS 8
(8/88)

# United States District Court
for

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

06 SEP 12 AM 9:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

U. S. A. vs. Giles, Ashley                                     Docket No. 06CR1335W-001

### Petition for Action on Conditions of Pretrial Release
PAGE ONE OF TWO

  Comes now Charlene Delgado Pretrial Services Officer presenting an official report upon the conduct of defendant Giles, Ashley who was placed under pretrial release supervision by the Honorable Barbara Lynn Major sitting in the court at San Diego, on the twenty-second day of May, 2006, under the following conditions:

restrict travel to the Central and Southern Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both; other conditions: live with father

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated**: Not commit a federal, state or local crime during the period of release and not possess or use any narcotic drug or controlled substance without a lawful medical prescription.

1. On July 11, 2006, the defendant was arrested by Ontario Police for Transport/Sell Controlled Substance; Possession of Controlled Substance; Possess/Etc Burglary Tools; Bring Controlled Substance into Jail Facility; and Possession of Drug Paraphernalia as evidenced by incident report number 060700859. Charges were filed with San Bernardino Superior Court (0607341687) alleging Transport/Etc Controlled Substance and she is to appear for arraignment on November 6, 2006, at 8:00 a.m.

**Grounds for Violated**: I received and reviewed incident report #060700859 from the Ontario Police Department which reports the defendant was arrested and booked into custody for Transport/Sell Controlled Substance; Possession of Controlled Substance; Possess/Etc Burglary Tools; Bring Controlled Substance into Jail Facility; and Possession of Drug Paraphernalia.

PS 8
(8/88)

# United States District Court
## for

### SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. Giles, Ashley                                        Docket No. 06CR1335W-001

**Petition for Action on Conditions of Pretrial Release**
PAGE TWO OF TWO

**Condition Violated**: Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO

2. Ms. Giles reported to our office, after court on August 14, 2006, and did not report her contact with law enforcement nor her arrest. She also failed to notify her Pretrial Services Officer in the Central District of California and the arrest was not discovered until a routine criminal record check was performed.

**Grounds for Violation**: On June 6, 2006, the defendant signed Pretrial Reporting Instructions which informed her she is required to immediately notify her Pretrial Services Officer if she has contact with law enforcement.

PRAYING THAT THE COURT WILL CITE THE DEFENDANT INTO COURT ON SEPTEMBER 5, 2006, AT 2:00 P.M. AND ORDER HER TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.

ORDER OF COURT

Considered and ordered this ___15___ day of ___SEPT___, 2006 and ordered filed and made a part of the records in the above case.

_____
The Honorable Thomas J. Whelan
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 31, 2006

Respectfully,

_Charlene Delgado_
Charlene Delgado, U.S. Pretrial Services Officer
(619) 557-2992

Place    San Diego, California

Date     August 31, 2006