PS 8
(8/88)

# United States District Court
## for

### SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. Giles, Ashley                                         Docket No. 06CR1335W-001

**AMENDED**

**Petition for Action on Conditions of Pretrial Release**

PAGE ONE OF THREE

Comes now Charlene Delgado Pretrial Services Officer presenting an official report upon the conduct of defendant Giles, Ashley who was placed under pretrial release supervision by the Honorable Barbara Lynn Major sitting in the court at San Diego, on the twenty-second day of May, 2006, under the following conditions:

restrict travel to the Central and Southern Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; actively seek and maintain full-time employment, schooling, or combination both; other conditions: live with father. Added on September 5, 2006: submit to testing and/or treatment as specified by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Condition Violated**: Not commit a federal, state or local crime during the period of release and not possess or use any narcotic drug or controlled substance without a lawful medical prescription.

1. On July 11, 2006, the defendant was arrested by Ontario Police for Transport/Sell Controlled Substance; Possession of Controlled Substance; Possess/Etc Burglary Tools; Bring Controlled Substance into Jail Facility; and Possession of Drug Paraphernalia as evidenced by incident report number 060700859. Charges were filed with San Bernardino Superior Court (0607341687) alleging Transport/Etc Controlled Substance and she is to appear for arraignment on November 6, 2006, at 8:00 a.m.

**Grounds for Violated**: I received and reviewed incident report #060700859 from the Ontario Police Department which reports the defendant was arrested and booked into custody for Transport/Sell Controlled Substance; Possession of Controlled Substance; Possess/Etc Burglary Tools; Bring Controlled Substance into Jail Facility; and Possession of Drug Paraphernalia.

PS 8
(8/88)

# United States District Court
## for

### SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. Giles, Ashley                                                                 Docket No. 06CR1335W-001

**AMENDED**

**Petition for Action on Conditions of Pretrial Release**

PAGE TWO OF THREE

**Condition Violated**: Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO

2. Ms. Giles reported to our office, after court on August 14, 2006, and did not report her contact with law enforcement nor her arrest. She also failed to notify her Pretrial Services Officer in the Central District of California and the arrest was not discovered until a routine criminal record check was performed.

**Grounds for Violation**: On June 6, 2006, the defendant signed Pretrial Reporting Instructions which informed her she is required to immediately notify her Pretrial Services Officer if she has contact with law enforcement.

**Condition Violated**: Not possess or use any narcotic drug or other controlled substance defined in 21 U.S.C § 802, without a lawful medical prescription.

3. On September 5, 2006, the defendant submitted a urine specimen which confirmed positive for amphetamine/methamphetamine and marijuana use.
4. On September 8, 2006, the defendant submitted a urine specimen which confirmed positive for amphetamine/methamphetamine use.

**Grounds for Violation**: On September 12, 2006, the undersigned received and reviewed written laboratory notification from the U.S. Pretrial Services Laboratory which confirms the urine specimen provided by the defendant at our office on September 5, 2006, confirmed positive for amphetamine/methamphetamine and marijuana use. On September 15, 2006, the undersigned received written notification from the U.S. Pretrial Services Laboratory which confirms the urine specimen provided by the defendant to Mental Health Systems in San Bernardino, California on September 8, 2006, confirmed positive for amphetamine/methamphetamine use.

PS 8
(8/88)

# United States District Court
## for

### SOUTHERN DISTRICT OF CALIFORNIA

U. S. A. vs. Giles, Ashley                                              Docket No. 06CR1335W-001

**AMENDED**

**Petition for Action on Conditions of Pretrial Release**

PAGE THREE OF THREE

PRAYING THAT THE COURT WILL CITE THE DEFENDANT INTO COURT ON SEPTEMBER 25, 2006, AT 9:00 A.M. AND ORDER HER TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this ___20th___ day of ___Sept___, 20_06_ and ordered filed and made a part of the records in the above case.<br><br>_____<br>The Honorable Thomas J. Whelan<br>U. S. District Judge | Executed on: September 19, 2006<br><br>Respectfully,<br>__Charlene Delgado__<br>Charlene Delgado, U.S. Pretrial Services Officer<br>(619) 557-2992<br><br>Place ___San Diego, California___<br><br>Date ___September 19, 2006___ |